June 09, 2006

Mr. Greg White
Naman, Howell, Smith & Lee LLP
P.O. Box 1470
Waco, TX 76701
Mr. Thomas B. Cowart
Law Offices of Windle Turley, P.C.
6440 North Central Expwy., Suite 1000
Dallas, TX 75206

RE: Case Number: 05-0299
 Court of Appeals Number: 10-00-00373-CV
 Trial Court Number: 98-3075-1

Style: FLOYD E. JERNIGAN, M.D.
 v.
 MARIE LANGLEY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF
 JOHN LANGLEY AND MARIAH LANGLEY, A MINOR

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and dismisses with prejudice respondent's claims against
petitioner.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Joe Johnson |
| |Ms. Sharri |
| |Roessler |